IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRENT L. RHODES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-09-862-R |
| | ) |
| LANGSTON UNIVERSITY, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants Langston University, Board of Regents for Langston University, Dr. JoAnn Haysbert, and Dr. Carolyn T. Kornegay move the Court for summary judgment as to all claims against them. Fed. R. Civ. P. 56. The reasons in support of this Motion are in the Brief accompanying this Motion, and the attachments and exhibits attached to the Brief.

Respectfully submitted,

/s/ David W. Lee
David W. Lee, OBA # 5333
Emily B. Milan, OBA # 22427

LEE LAW CENTER, P.C.
6011 N. Robinson Avenue
Oklahoma City, OK  73118-7425
(405) 848-1983/Fax: (405) 848-4978
Email address: leelawok@swbell.net

Michael Scott Fern, OBA # 2880
Oklahoma State University
Student Union Building, Room 220
Stillwater, OK  74078
(405) 744-6494/Fax:  (405) 744-7998

ATTORNEYS FOR DEFENDANTS

CERTIFICATE OF SERVICE

      I hereby certify that on July 1, 2010, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrant:

      Mark T. Hamby
      Bonham & Howard, P.L.L.C.
      15 W. 6th Street, Suite 2066
      Tulsa, OK  74119

      /s/ David W. Lee
      David W. Lee