IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRENT L. RHODES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIV-09-862-R |
| | ) |
| LANGSTON UNIVERSITY, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

Judgment is hereby entered in favor of the Defendant on Plaintiff's claims pursuant to the Rehabilitation Act and the Americans with Disabilities Act. Plaintiff's claims under 42 U.S.C. § 1983 and Oklahoma state law are hereby dismissed without prejudice.

ENTERED this 8th day of September 2010.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE