UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

(1) BRENT L. RHODES,

        Plaintiff(s)

vs.                                CASE NO. CIV-09-862-R

(2) LANGSTON UNIVERSITY, et al.,

        Defendant(s)

## NOTICE OF APPEAL

Notice is hereby given that __Brent L. Rhodes__

X  Plaintiff(s)     Defendant(s) in the above named case hereby appeal to the United States Court of Appeals for the Tenth Circuit from the final judgment entered in this action on __September 8, 2010__.

_Mark T. Hamby_ (signature)
Signature

Mark T. Hamby
Printed Name

15 West 6th Street, Ste. 2066
Mailing Address

Tulsa, OK 74119
City, State, Zip

918-744-7448        918-744-9358
Phone No.            Fax No.

mark.hamby@b-htulsalaw.com
Email Address

Rvsd 10-09